# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MATIKKA C. PITTMAN and ADEDAYO A. ODUBAWO, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:25-CV-02647-ELR |
| KIKA SCOTT, Acting Director of U.S. Citizenship and Immigration Services, and MICAH R. BROWN, Director of Atlanta Field Office of U.S. Citizenship and Immigration Services, | * * * * * * * * | |
| Defendants. | * * | |

## ORDER

This matter appears before the Court *sua sponte*.

On May 12, 2025, Plaintiffs Matikka C. Pittman and Adedayo A. Odubawo filed their Complaint [Doc. 1], but the record does not reflect that Plaintiffs served or even attempted to serve Defendants with process within the 90-day deadline set by Federal Rule of Civil Procedure 4(m). Nor did Plaintiffs seek additional time to effect service.

Thus, the 90-day deadline for service of process having expired, Plaintiffs are **ORDERED** to **SHOW CAUSE** within **SEVEN DAYS** of the entry of this order

why this case should not be dismissed without prejudice under Rule 4(m) for failure to timely serve the summons and Complaint.

**SO ORDERED**, this 18th day of September, 2025.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia