IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MATIKKA C. PITTMAN and ADEDAYO A. ODUBAWO, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:25-CV-02647-ELR |
| KIKA SCOTT, Acting Director of U.S. Citizenship and Immigration Services, and MICAH R. BROWN, | * * * * | |
| Defendants. | * * | |

**ORDER**

On September 18, 2025, the Court ordered Plaintiffs to show cause why this case should not be dismissed for Plaintiffs' failure to timely serve Defendants with process. [Doc. 4].

In apparent response to the Show Cause Order, Plaintiffs filed a return of service, indicating that Defendants were served on May 27, 2025. [Doc. 5]. However, Plaintiffs' service documents concern Pittman v. Scott, No. 25-CV-02616 (N.D. Ga., May 9, 2025), an action pending before Judge Tiffany R. Johnson. The Complaint filed in the instant action appears identical to the Complaint filed in the one pending before Judge Johnson. Compare Compl. [Doc. 1] with

No. 25-CV-02616, Compl. [Doc. 1]. Inexplicably, Plaintiffs filed the Complaint in this action three days after commencing the action assigned to Judge Johnson.

Not only have Plaintiffs failed to satisfactorily respond to the Court's Show Cause Order by establishing that they timely served process on Defendants in *this* action, it appears that Plaintiffs impermissibly seek to maintain two identical actions. See Glover v. Philip Morris USA, 380 F. Supp. 2d 1279, 1285 (M.D. Fla. 2005), aff'd sub nom. Glover v. Liggett Grp., Inc., 459 F.3d 1304 (11th Cir. 2006) ("A district court has "broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court.").

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' Complaint, and as no other matters remain pending, **DIRECTS** the Clerk to **TERMINATE** this action.

**SO ORDERED**, this 14th day of November, 2025.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia